IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MSTG, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 09 C 3684 |
| v. | ) | |
| | ) | |
| MOTOROLA, INC., | ) | Honorable Rebecca R. Pallmeyer |
| SPRINT SPECTRUM, L.P., | ) | |
| T-MOBILE USA, INC., PALM, INC., | ) | Magistrate Judge Denlow |
| HTC CORPORATION, | ) | |
| HTC AMERICA, INC., and | ) | |
| SANYO NORTH AMERICA | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENTRY OF**
**<u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, MSTG, Inc., and defendant SANYO North America Corporation, jointly move this Court to enter the Proposed Stipulated Order of Dismissal with prejudice that is attached to this motion as Exhibit A. The parties are filing this motion and seeking dismissal pursuant to a settlement agreement.

MSTG and SANYO North America Corporation therefore respectfully ask this Court to enter the attached order and dismiss the claims between MSTG and SANYO North America Corporation with prejudice with each party to bear its own costs and fees.

                                                                                      Respectfully Submitted,

                                                                                      /s/ David J. Mahalek
                                                                                   Raymond P. Niro
                                                                                   Christopher J. Lee
                                                                                   David J. Mahalek
                                                                                   NIRO, SCAVONE, HALLER & NIRO
                                                                                  181 West Madison, Suite 4600
                                                                                   Chicago, Illinois 60602
                                                                                   Telephone: (312) 236-0733

                                                                                ***ATTORNEYS FOR MSTG, INC.***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing **AGREED MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** was filed with the Clerk of the Court on February 25, 2010 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

Jonathan E. Retsky
(RetskyJ@howrey.com)
Jason C. White (whitej@howrey.com)
Nathan A. Frederick (frederickn@howrey.com)
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60654
Telephone: 312-595-1239
Fax: 312-595-2250

***Attorneys for Motorola, Inc.***

Jeffrey A. Gargano (jgargano@mwe.com)
Matthew J. Gryzlo (mgryzlo@mwe.com)
Brett E. Bachtell (bbachtell@mwe.com)
McDermott Will & Emergy
227 West Monroe Street, Suite 4400
Chicago, IL 60606
Telephone: 312-372-2000
Fax: 312-984-7700
***Attorneys for HTC Corporation
and HTC America, Inc.***

Thomas L. Duston (tduston@marshallip.com)
Scott A. Sanderson
(ssanderson@marshallip.com)
Marshall, Gerstein & Borun
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606
(312) 474-6300/Fax: (312) 474-0448

Benjamin Hershkowitz
(bhershkowitz@gibsondunn.com)
Josh A. Krevitt (jkrevitt@gibsondunn.com)
Joshua R. Furman (jfurman@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212-351-2410/Fax: (212) 351-6210
***Attorneys for T-Mobile, Inc.***

Richard M. Waris
(Rwaris@pretzel-stouffer.com)
Brendan J. Nelligan
(bnelligan@pretzel-stouffer.com)
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone: 312-346-1973
Fax: 312-346-8242

David L. Witcoff (dwitcoff@jonesday.com)
Eric L. Carlson (ecarlson@jonesday.com)
Andrew C. Doherty (adoherty@jones.day.com)
Mark V. Campagna (mcampagna@jones.day.com)
Jones Day
77 West Wacker Drive
Chicago, IL 60601
312-269-4259
Fax: 312-782-8585

***Attorneys for Sprint Spectrum, L.P.***

M. Andrew Woodmansee
(mawoodmansee@mofo.com)
Thomas C. Chen (tchen@mofo.com)
David C. Doyle (ddoyle@mofo.com)
Robert J. Bates (rbates@mofo.com)
Matthew R. Dobbins (mdobbins@mofo.com)
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130
Telephone: 858-720-5100
Fax: 858-720-5125

Daniel J. O'Connor
(Daniel.J.O'Connor@bakernet.com)
Baker & McKenzie
130 East Randolph Drive, Suite 3100
Chicago, IL 60601
Telephone: 312-861-2790
Fax: 312-861-2899

***Attorneys for Palm, Inc.***

Timothy J. Vezeau
(timothy.vezeau@kattenlaw.com)
Breighanne A. Eggert
(breighanne.eggert@kattenlaw.com)
Michael A. Dorfman
(Michael.dorfman@kattenlaw.com)
Brian J. Sodikoff (brian.sodikoff@kattenlaw.com)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL  60661
Tel:  (312) 902-5200
Fax: (312) 902-1061
***Attorneys for Sanyo North America Corp.***

        /s/ David J. Mahalek